Leonel CANTU LOPEZ, Petitioner–Appellant,

v.

J.F. SALAZAR, Warden, Respondent–Appellee.

No. 07–55676.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 3, 2010.

Leonel Cantu Lopez, Blythe, CA, pro se.

James Conrad Schroeder, Esq., AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

California state prisoner Leonel Cantu Lopez appeals from the district court's

judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253[1]. Following an independent review of the record, *see Himes v. Thompson,* 336 F.3d 848, 853 (9th Cir. 2003), we conclude that the state court's conclusion that some evidence supports the Board's decision was not objectively unreasonable. *See* 28 U.S.C. § 2254(d); *see also Hayward v. Marshall,* 603 F.3d 546, 562–64, 568–69 (9th Cir.2010).

Cantu Lopez contends that the Board's 2005 decision to deny him parole was not supported by "some evidence" and therefore violated his due process rights. The state court did not unreasonably conclude that some evidence supports the Board's decision. *See* 28 U.S.C. § 2254(d); *see also Hayward,* 603 F.3d 546, 562–64, 568–69 (9th Cir.2010). Contrary to Cantu Lopez's contention, both static and dynamic factors support the Board's determination. *See id.* at 561–62.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. We certify for appeal, on our own motion, the issue of whether the 2005 decision of the California Board of Prison Terms to deny parole violated due process.